IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL LEE DOUGLAS, )<br>)<br>Petitioner, )<br>) | <br><br><br>1:16CV549 |
| v.        ) | 1:01CR387-1 |
| ) <br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | |

### JUDGMENT

On October 5, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 103, 104.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the previous stay is lifted, that Petitioner's filing, (Doc. 76), is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, that Petitioner's motion, as amended, is **GRANTED,** that the Judgment, (Doc. 34) is **VACATED,** and that the Indictment, (Doc. 4), is **DISMISSED.**

**IT IS FURTHER ORDERED** that Petitioner's request to be released from custody, (Doc. 102), is **DENIED AS MOOT.**

This the 3rd day of November, 2020.

_William L. Osteen, Jr._
United States District Judge